1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

6

7

8

## IN THE UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11 | **MUI SI VOONG**                              )        **Case No.  CIV-08-375 GGH**
                                                 )
12 |                                             )        **STIPULATION AND ORDER**
             **Plaintiff,**                      )        **EXTENDING PLAINTIFF'S TIME TO**
13 |                                             )        **FILE MEMORANDUM IN SUPPORT**
    **v.**                                       )        **OF SUMMARY JUDGMENT**
14 |                                             )
    **MICHAEL J. ASTRUE**                        )
15 | **Commissioner of Social Security**          )
    **of the United States of America,**         )
16 |                                             )
             **Defendant.**                      )
17 |                                             )
                                                 )
18

19 |          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

20 | the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment

21 | in this case is hereby extended from September 22, 2008, to November 7, 2008.  This is Plaintiff's first

22 | extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through

23 | October 2008.

24

25

26 | / / / /

27 | / / / /

28 | / / / /

1

1

2

3

4   Dated: September 25, 2008          */s/Bess M. Brewer*
                                       BESS M. BREWER
5                                      Attorney at Law

6                                      Attorney for Plaintiff

7

8
    Dated: September 25, 2008          McGregor W. Scott
9
                                       United States Attorney
10
                                       /s/  *Elizabeth Firer*
11                                     ELIZABETH FIRER

12                                     Special Assistant U.S. Attorney
                                       Social Security Administration
13
                                       Attorney for Defendant
14

15

16                                         **ORDER**

17  APPROVED AND SO ORDERED.

18  DATED: 10/01/08                     /s/ Gregory G. Hollows

19                                      GREGORY G. HOLLOWS
                                        U.S. MAGISTRATE JUDGE
20
    voong.eot
21

22

23

24

25

26

27

28

2