1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUI SI VOONG** | Case No. CIV-08-375 GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 7, 2008 to November 24, 2008.  This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: November 6, 2008 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: November 6, 2008       McGregor W. Scott
                              United States Attorney

                              /s/  *Elizabeth Firer*
                              ELIZABETH FIRER

                              Special Assistant U.S. Attorney
                              Social Security Administration

                              Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 17, 2008

              /s/ Gregory G. Hollows
              _____
              GREGORY G. HOLLOWS
              U.S. MAGISTRATE JUDGE

voong.eot2

2