1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUI SI VOONG** | Case No.  CIV-08-375 GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 2, 2008 to December 3, 2008.  This short additional extension is required due to Plaintiff's counsel's inability to work for the past five days due to a bad case of the flue.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: December 1, 2008 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: December 1, 2008 | McGregor W. Scott<br>United States Attorney |
| | /s/  *Elizabeth Firer*<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 8, 2008

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

voong.eot4