IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUI SI VOONG,

        Plaintiff,                    No. CIV S-08-0375 GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendants.              ORDER TO SHOW CAUSE

_____/

        Plaintiff filed his summary judgment motion on December 11, 2008. Pursuant to this court's Scheduling Order, within thirty days defendant was required to file an opposition, including cross motions. To date, no filing has been received.

        ACCORDINGLY, defendant is ordered to show cause in writing within twenty days of the filed date of this order why opposition has not been filed.

DATED: February 17, 2008

                                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
voong.osc