1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUI SI VOONG** ) | Case No. CIV-08-375 GGH |
| ) | |
| **Plaintiff,** ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. ) | |
| **MICHAEL J. ASTRUE** ) **Commissioner of Social Security** ) **of the United States of America,** ) | |
| **Defendant.** ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the EAJA petition in this case is hereby extended from October 22, 2009, to November November 23, 2009. This extension is required to permit the parties to pursue settlement of the fees in this case

26  / / / /

27  / / / /

28  / / / /

1

| | | |
|---|---|---|
| Dated: October 21, 2009 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: October 21, 2009    McGregor W. Scott

United States Attorney

/s/  *Elizabeth Firer*
ELIZABETH FIRER

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 22, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

voong.eoteaja