```
 1  BENJAMIN WAGNER
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    ELIZABETH FIRER
 4  Special Assistant United States Attorney

 5        333 Market Street, Suite 1500
          San Francisco, California 94105
 6        Telephone:  (415) 977-8937
          Facsimile:  (415) 744-0134
 7        Elizabeth.Firer@ssa.gov

 8  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MUI SI VOONG,<br><br>  Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 2:08-CV-00375 GGH<br><br>STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that counsel for Plaintiff, as assignee, be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of FIVE THOUSAND, TWO-HUNDRED AND TWO DOLLARS AND SEVENTY-EIGHT CENTS ($5,202.78).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d).

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action.  This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

1 | fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: December 11, 2009        /s/*Bess M. Brewer*
                                *(As authorized via email)*

                                BESS M. BREWER
                                Attorney for Plaintiff


                                BENJAMIN WAGNER
                                United States Attorney


Dated: December 11, 2009   By: /s/ *Elizabeth Firer*
                                ELIZABETH FIRER
                                Special Assistant United States Attorney


PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, as assignee, shall be awarded attorney fees in the amount of FIVE THOUSAND, TWO-HUNDRED AND TWO DOLLARS AND SEVENTY-EIGHT CENTS ($5,202.78), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.




Dated:  December 14, 2009        /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                United States Magistrate Judge

voong.fees